NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTOPHER DAVID STRAW,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-3374
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.


PER CURIAM.


Affirmed.


VILLANTI, LaROSE, and SALARIO, JJ., Concur.